JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIGAL ADIR,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>    Defendants. | CASE NO. CV 08-2460 DSF (SSx)<br><br>**JUDGMENT RE MOTION FOR SUMMARY JUDGMENT** |

This Court's Order Granting Defendant City of Los Angeles' Motion for Summary Judgment having been duly filed, and good cause appearing for rendering judgment in favor of Defendant City of Los Angeles and against Plaintiff Yigal Adir,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment is rendered in favor of Defendant City of Los Angeles and against Plaintiff Yigal Adir;

2. The entire action is dismissed on the merits;

3. Plaintiff shall take nothing as against Defendant City of Los Angeles; and

**JUDGMENT RE MOTION FOR SUMMARY JUDGMENT**

1       4.      Defendant City of Los Angeles is awarded its allowable costs, upon proper application therefor and as provided by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Central District of California.

*IT IS SO ORDERED:*

      5/11/09

Dated: _____    _____
                                                         DALE S. FISCHER
                                                         United States District Court Judge

**JUDGMENT RE MOTION FOR SUMMARY JUDGMENT**